# EXHIBIT A

# United States Patent Office

782,589
Registered Dec. 29, 1964

## PRINCIPAL REGISTER
## Certification Mark
## (Goods)

Ser. No. 185,169, filed Jan. 22, 1964



Underwriters' Laboratories, Inc. (Delaware corporation)
207 E. Ohio St.
Chicago 11, Ill.

For: ELECTRICAL EQUIPMENT, USUALLY NOT OF A VOLTAGE EXCEEDING 600 VOLTS; BUILDING MATERIALS AND EQUIPMENT; FIRE FIGHTING AND FIRE PREVENTION EQUIPMENT; CHEMICALS, SUCH AS DETERGENTS, FLARES, FLAMMABLE LIQUIDS, SAFETY MATCHES, PHOTOGRAPHIC FILM, AND SIMILAR CHEMICALS; HYDRAULIC EQUIPMENT; EQUIPMENT FOR THE HANDLING AND UTILIZATION OF HAZARDOUS LIQUIDS AND GASES, INCLUDING HEATERS; AUTOMOTIVE EQUIPMENT; EQUIPMENT AND SYSTEMS FOR PROTECTION AGAINST BURGLARY AND THEFT; SAFETY APPLIANCES AND AIR DUCTS, in CLASS A.

First use December 1937; in commerce December 1937.

The certification mark is used by persons authorized by applicant to indicate that representative samplings of the products conform to the safety standards established by the applicant.

Owner of Reg. Nos. 634,214, 669,422, and others.

## Amendment

Registered December 29, 1964          Registration N

Underwriters' Laboratories, Inc.

Application to amend having been made by Underwriters' Laboratori owner of the registration above identified, said registration is hereby amend follows:

In the statement, column 2, line 10, "standards established" is deleted an *requirements used* is inserted.

Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 26th day of October 1982.

[SEAL]

Attest:
JANIE COOKSEY,                          GERALD J. MOSSINGHOFF,
*Attesting Officer.*              *Commissioner of Patents and Trademarks.*

## ed States Patent Office

782,589
Registered Dec. 29, 1964

**PRINCIPAL REGISTER**
**Certification Mark**
**(Goods)**

Ser. No. 185,169, filed Jan. 22, 1964



Underwriters' Laboratories, Inc. (Delaware corporation)
207 E. Ohio St.
Chicago 11, Ill.

For: ELECTRICAL EQUIPMENT, USUALLY NOT OF A VOLTAGE EXCEEDING 600 VOLTS; BUILDING MATERIALS AND EQUIPMENT; FIRE FIGHTING AND FIRE PREVENTION EQUIPMENT; CHEMICALS, SUCH AS DETERGENTS, FLARES, FLAMMABLE LIQUIDS, SAFETY MATCHES, PHOTOGRAPHIC FILM, AND SIMILAR CHEMICALS; HYDRAULIC EQUIPMENT; EQUIPMENT FOR THE HANDLING AND UTILIZATION OF HAZARDOUS LIQUIDS AND GASES, INCLUDING HEATERS; AUTOMOTIVE EQUIPMENT; EQUIPMENT AND SYSTEMS FOR PROTECTION AGAINST BURGLARY AND THEFT; SAFETY APPLIANCES AND AIR DUCTS, in CLASS A.

First use December 1937; in commerce December 1937.

The certification mark is used by persons authorized by applicant to indicate that representative samplings of the products conform to the safety standards established by the applicant.

Owner of Reg. Nos. 634,214; 669,422, and others.

| | |
|---|---|
| Prior U.S. Cls.: A and A | Reg. No. 782,589 |
| United States Patent and Trademark Office | Registered Dec. 29, 1964 |
| Amended | OG Date May 26, 2009 |

## CERTIFICATION MARK
## GOODS
## PRINCIPAL REGISTER



UNDERWRITERS LABORATORIES INC. (DELAWARE CORPORATION)
333 PFINGSTEN ROAD
NORTHBROOK, IL 60062
   OWNER OF U.S. REG. NOS. 63,421, 66,942 AND OTHERS.
   THE CERTIFICATION MARK IS USED BY PERSONS AUTHORIZED BY APPLICANT TO INDICATE THAT REPRESENTATIVE SAMPLINGS OF THE PRODUCTS CONFORM TO THE SAFETY REQUIREMENTS USED BY THE APPLICANT.

   FOR: ELECTRICAL EQUIPMENT, USUALLY NOT OF A VOLTAGE EXCEEDING 600 VOLTS; BUILDING MATERIALS AND EQUIPMENT; FIRE FIGHTING AND FIRE PREVENTION EQUIPMENT; CHEMICALS, SUCH AS DETERGENTS, FLARES, FLAMMABLE LIQUIDS, [ SAFETY MATCHES, ] PHOTOGRAPHIC FILM, AND SIMILAR CHEMICALS; HYDRAULIC EQUIPMENT; EQUIPMENT FOR THE HANDLING AND UTILIZATION OF HAZARDOUS LIQUIDS AND GASES, INCLUDING HEATERS; AUTOMOTIVE EQUIPMENT; EQUIPMENT AND SYSTEMS FOR PROTECTION AGAINST BURGLARY AND THEFT; SAFETY APPLIANCES AND AIR DUCTS., IN CLASS A

   FIRST USE 12-0-1937; IN COMMERCE 12-0-1937.

   SER. NO. 72-185,169, FILED 1-22-1964.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 26, 2009.*

Prior U.S. Cl.: A

**United States Patent and Trademark Office**

Reg. No. 2,391,140

Registered Oct. 3, 2000

## CERTIFICATION MARK
### PRINCIPAL REGISTER



UNDERWRITERS LABORATORIES INC. (DELAWARE CORPORATION)
333 PFINGSTEN
NORTHBROOK, IL 60062

FOR: ELECTRICAL EQUIPMENT, USUALLY NOT OF A VOLTAGE EXCEEDING 600 V; FIRE FIGHTING AND FIRE PREVENTION EQUIPMENT; CHEMICALS SUCH AS DETERGENTS, FLAMMABLE LIQUIDS, ADHESIVES, PLASTICS, COATINGS, FUMIGANTS, SOLVENTS, FLAME RETARDANTS, REFRIGERANTS, CHEMICALS TO TREAT WATER AND SIMILAR CHEMICALS; BUILDING MATERIALS AND EQUIPMENT; HYDRAULIC EQUIPMENT; EQUIPMENT FOR HANDLING AND UTILIZATION OF HAZARDOUS LIQUIDS AND GASES, INCLUDING HEATERS, AIR CONDITIONERS, AND REFRIGERATION EQUIPMENT; EQUIPMENT AND SYSTEMS FOR PROTECTION AGAINST BURGLARY, THEFT, AND FIRE; SAFETY APPLIANCES AND AIR DUCTS; FABRICS AND DECORATIVE MATERIALS; PREFABRICATED COMMERCIAL, INDUSTRIAL AND RESIDENTIAL BUILDINGS OR BUILDING UNITS; RECREATIONAL VEHICLES; PLUMBING EQUIPMENT; AUTOMOTIVE EQUIPMENT, MARINE EQUIPMENT; MOTORS; MEDICAL INSTRUMENTS; LIGHTING EQUIPMENT; HEATING EQUIPMENT; INDUSTRIAL VEHICLES; PROTECTIVE CLOTHING AND FOOTWEAR; INSULATED AND INSULATING HAND TOOLS; POWDER ACTUATED TOOLS, MUSICAL INSTRUMENTS; OFFICE APPLIANCES, BUSINESS EQUIPMENT AND HOUSEHOLD CLOCKS; GAS AND OIL EQUIPMENT; ROOFING MATERIALS AND SYSTEMS; ELECTRICAL APPLIANCE AND UTILIZATION EQUIPMENT; AND ELECTRICAL CONSTRUCTION EQUIPMENT , IN CLASS A (U.S. CL. A).

FIRST USE 12-0-1937; IN COMMERCE 12-0-1937.

OWNER OF U.S. REG. NO. 782,589.

THE CERTIFICATION MARK AS USED BY PERSONS AUTHORIZED BY APPLICANT CERTIFIES THAT REPRESENTATIVE SAMPLINGS OF THE GOODS CONFORM TO THE REQUIREMENTS OF THE APPLICANT.

SER. NO. 75-673,083, FILED 3-26-1999.

JOAN LESLIE BISHOP, EXAMINING ATTORNEY