UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC. et al,<br><br>            Plaintiff(s),<br>  v.<br><br>CAO PENG et al,<br><br>            Defendant(s). | CASE NO. 2:23-cv-00607-TL<br><br>ORDER OF REFERRAL |

The Court issues this Order *sua sponte* and in response to *In re: Amazon Counterfeit Enforcement Litigation*, General Order 03-23 (Mar. 7, 2023). Consistent with General Order 03-23, the Court hereby REFERS all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

Dated this 1st day of May 2023.

Tana Lin
United States District Judge

ORDER OF REFERRAL - 1