UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAO PENG, et al., <br><br> Defendants. | CASE NO. C23-607-TL-BAT <br><br> **ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE AN OVER-LENGTH RENEWED** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS CAO PENG AND SHENZHEN TONGXIN TECHNOLOGY CO., LTD** |

Plaintiffs move to file an over-length renewed *ex parte* motion for alternative service pursuant to LCR 7(f). **Dkt. 17**. The Court **GRANTS** plaintiffs' motion: plaintiffs may file a renewed *ex parte* motion for alternative service not to exceed 5,000 words.

DATED this 6th day of November, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO FILE AN OVER-LENGTH RENEWED EX PARTE MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS CAO PENG AND SHENZHEN TONGXIN TECHNOLOGY CO., LTD - 1