UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAO PENG, et al., <br><br> Defendants. | CASE NO. C23-607-TL-BAT <br><br> **ORDER GRANTING AN ADDITIONAL EXTENSION TO SERVE VIA THE HAGUE CONVENTION** |

In a status report, Plaintiffs request a 120-day extension of time to serve via the Hague Convention Defendants Shenzhen Peng Chuangxing Technology Co., Ltd., Shenzhen Haiyongtao Electronics Co., Ltd., and Shenzhen Rictron Digital Technology Co., Ltd., because the relevant documents were served four months ago to Chinese authorities, such service to Chinese defendants commonly takes six months, and after six months alternative means of service may be sought under the Hague Convention. Dkt. 25. The Court **GRANTS** Plaintiffs' request for a 120-day extension of time to serve via the Hague Convention. By **May 10, 2024**, Plaintiffs are directed either to: (1) advise the Court that they have received confirmation that service pursuant to the Hague Convention was completed on these Defendants; or (2) if such service has not been completed, seek permission to serve these Defendants via alternative means.

ORDER GRANTING AN ADDITIONAL
EXTENSION TO SERVE VIA THE HAGUE
CONVENTION - 1

DATED this 11th day of January, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING AN ADDITIONAL
EXTENSION TO SERVE VIA THE HAGUE
CONVENTION - 2