The Honorable Tana Lin<br>
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and UL LLC, a Delaware limited liability company,<br><br>     Plaintiffs,<br><br> v.<br><br>CAO PENG, an individual; SHENZHEN PENG CHUANGXING TECHNOLOGY CO., LTD., a Chinese corporation; SHENZHEN TONGXIN TECHNOLOGY CO., LTD., a Chinese corporation; SHENZHEN HAIYONGTAO ELECTRONICS CO., LTD., a Chinese corporation; SHENZHEN RICTRON DIGITAL TECHNOLOGY CO., LTD., a Chinese corporation; and DOES 1-10,<br><br>     Defendants. | No. 2:23-cv-00607-TL-BAT<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO EXTEND DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS** |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC's, and UL LLC's (collectively, "Plaintiffs") *Ex Parte* Motion to Extend Deadline to File Motion for Default Judgment against All Defendants (the "Motion"). The Court, having considered the Motion and finding good cause, it is hereby ORDERED:

  1. Plaintiffs' Motion is GRANTED.

  2. Plaintiffs' deadline to move for default judgment against Defendants Cao Peng

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION TO EXTEND DEADLINE TO
FILE MOTION FOR DEFAULT JUDGMENT - 1
(2:23-cv-00607-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

and Shenzhen Tongxin Technology Co., Ltd. set by the Court's January 19, 2024 Minute Order (Dkt. 29) is extended until 90 days after the earlier of (1) the date when default is entered against Defendants Shenzhen Peng Chuangxing Technology Co., Ltd. ("Chuangxing"), Shenzhen Haiyongtao Electronics Co., Ltd. ("Haiyongtao"), and Shenzhen Rictron Digital Technology Co., Ltd. ("Rictron"), or (2) the date when the merits of the claims against Chuangxing, Haiyongtao, and Rictron are adjudicated by the Court.

SO ORDERED this 7th day of February, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION TO EXTEND DEADLINE TO
FILE MOTION FOR DEFAULT JUDGMENT - 2
(2:23-cv-00607-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax