UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>            Plaintiff,<br><br>v.<br><br>CAO PENG, et al.,<br><br>           Defendant. | CASE NO. C23-607-TL-BAT<br><br>**ORDER GRANTING ADDITIONAL TIME TO SERVE VIA THE HAGUE CONVENTION AND TO MOVE FOR ALTERNATIVE SERVICE** |

In a status report, Plaintiffs request a 60-day extension of time to serve via the Hague Convention Defendants Chuangxing, Haiyongtao, and Rictron because although the relevant documents appear to have been served, no such confirmation has been received after eight months, and Plaintiffs intend to move for alternative service based on an email received in response by those Defendants to being served. **Dkt. 32.** The Court **GRANTS** Plaintiffs' motion for a 60-day extension to serve via the Hague Convention Defendants Chuangxing, Haiyongtao, and Rictron and to move for alternative service.

DATED this 10th day of May, 2024.

                                                    BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge

ORDER GRANTING ADDITIONAL TIME TO
SERVE VIA THE HAGUE CONVENTION
AND TO MOVE FOR ALTERNATIVE
SERVICE - 1