The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and UL LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CAO PENG, an individual; SHENZHEN PENG CHUANGXING TECHNOLOGY CO., LTD., a Chinese corporation; SHENZHEN TONGXIN TECHNOLOGY CO., LTD., a Chinese corporation; SHENZHEN HAIYONGTAO ELECTRONICS CO., LTD., a Chinese corporation; SHENZHEN RICTRON DIGITAL TECHNOLOGY CO., LTD., a Chinese corporation; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00607-TL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS |

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants Cao Peng, Shenzhen Peng Chuangxing Technology Co., Ltd., Shenzhen Tongxin Technology Co., Ltd., Shenzhen Haiyongtao Electronics Co., Ltd., Shenzhen Rictron Digital Technology Co., Ltd. brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC and UL LLC (collectively, "Plaintiffs"), pursuant to Local Civil Rule 7(f). The Court, having considered the Motion and

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-00607-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 9,500 words.

SO ORDERED this 7th day of October, 2024.

_____
THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-cv-00607-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax